UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA - Yuma

MAGISTRATE JUDGE'S MINUTES

DATE: 5/28/2008     CASE NUMBER: 08-15796M-SD

**CLOSED**

USA vs. Jose Mario Reynaga-Rodriguez

U.S. MAGISTRATE JUDGE: JAY R. IRWIN  #: 70BK

A.U.S. Attorney _____    INTERPRETER: Ricardo Gonzalez
                                          LANGUAGE: Spanish
Attorney for Defendant Juan Rocha (AFPD)
MATERIAL WITNESS(es): _____
MATERIAL WITNESS(es) state true name(s) to be: _____
Attorney for Material Witness(es): __

DEFENDANT: ☒ PRESENT   ☐ NOT PRESENT   ☒ CUSTODY

DOA 5/21/08
☐ Financial Afdvt taken       ☐ Initial Appearance          ☐ Appointment of counsel hearing held
☐ Rule 5(c)(3)                ☐ Defendant Sworn             ☐ Financial Afdvt sealed
                              ☐ Defendant states true name to be ___. Further proceedings ORDERED in Defendant's true name.

| DETENTION HEARING:<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>Set for:<br>Before:<br>☐ Defendant ordered temporarily detained in the custody of the United States Marshal<br>☐ Defendant ordered released _____<br>☐ Defendant continued detained pending trial<br>    ☐ Flight risk ☐ Danger | IDENTITY HEARING:<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br><br>☐ Warrant of removal issued. |
|---|---|
| PRELIMINARY HEARING:<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br>☐ Probable cause found   ☐ Dismissed<br>☐ Held to answer before District Court | STATUS HEARING: re: Waiver of Venue<br>☒ Held ☐ Con't ☐ Reset<br><br>Set for:<br>Before: |

Other Government moves for dismissal of complaint. Defense does not object. Court dismisses case without prejudice. Case is closed.

Recorded by Courtsmart
BY: Angela J. Tuohy
Deputy Clerk

UNITED STATES DISTRICT COURT  MAGISTRATE JUDGE'S MINUTES
SOUTHERN DISTRICT OF CALIFORNIA - Yuma

DATE: 5/23/08          CASE NUMBER:  08-15796M-SD

USA vs. Jose Mario Reynaga-Rodriguez

U.S. MAGISTRATE JUDGE: JAY R. IRWIN  #: 70BK

A.U.S. Attorney _____          INTERPRETER  Ricardo Gonzalez
                                                 LANGUAGE  Spanish
Attorney for Defendant  Juan Rocha (AFPD)
MATERIAL WITNESS(es): _____
MATERIAL WITNESS(es) state true name(s) to be: _____
Attorney for Material Witness(es): _

DEFENDANT:  ☒ PRESENT  ☐ NOT PRESENT  ☒ CUSTODY
DOA  5/21/08            ☒ Initial Appearance            ☒ Appointment of counsel hearing held
☐ Financial Afdvt taken ☒ Defendant Sworn               ☐ Financial Afdvt sealed
☐ Rule 5(c)(3)          ☐ Defendant states true name to be ___. Further proceedings ORDERED in Defendant's true name.

| DETENTION HEARING:<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>Set for:<br>Before:<br>☒ Defendant ordered temporarily detained in the custody of the United States Marshal<br>☐ Defendant ordered released _____<br>☐ Defendant continued detained pending trial<br>  ☐ Flight risk ☐ Danger | IDENTITY HEARING:<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br><br>☐ Warrant of removal issued. |
|---|---|
| PRELIMINARY HEARING:<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br>☐ Probable cause found  ☐ Dismissed<br>☐ Held to answer before District Court | STATUS HEARING: re: Waiver of Venue<br>☐ Held ☐ Con't ☐ Reset<br><br>Set for:  5/28/08 at 2:30 pm<br>Before:   Magistrate Judge Irwin |

Other: Defendant declines to sign waiver of venue. Government moves for a continuance. Defense requests that Government justify their motion. Government explains reason for motion. Court grants motion and sets status hearing.


Recorded by Courtsmart
BY: Angela J. Tuohy
Deputy Clerk

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Jose Mario REYNAGA-Rodriguez
Citizen of Mexico
YOB: 1955
088924510
Illegal Alien

**CRIMINAL COMPLAINT**

CASE NUMBER: 08-15796M-SD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT I

That on or about May 11, 2008, Defendant Jose Mario REYNAGA-Rodriguez was arrested and removed from the United States to Mexico through the port of San Ysidro, California, in pursuance of law, and thereafter on or about May 21, 2008, Defendant was found in the United States near Blythe, California within the Central District of California, the Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States and after the Defendant had willfully and unlawfully returned and remained in the United States; in violation of Title 8, United States Code, Section 1326 (Felony).

### COUNT II

That on or about May 20, 2008, within the Southern District of California, Defendant Jose Mario REYNAGA-Rodriguez, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers; in violation of Title 8, United States Code, Section 1325 (Misdemeanor).

Continued on the attached sheet and made a part hereof.    ☒ Yes  ☐ No

Signature of Complainant
Carlos Diaz
Senior Patrol Agent

Sworn to before me and subscribed in my presence,

May 23, 2008                    at              Yuma, Arizona
Date                                             City and State

Jay R. Irwin, U.S. Magistrate
Name & Title of Judicial Officer               Signature of Judicial Officer

## STATEMENT OF FACTUAL BASIS

Defendant:  Jose Mario REYNAGA-Rodriguez

Dependents:  None

**IMMIGRATION HISTORY:**  The Defendant was last removed through San Ysidro, California on May 11, 2008.

**CRIMINAL HISTORY:**

| DATE/LOCATION | OFFENSE | DISPOSITION |
| --- | --- | --- |
| 05/07/2008  ICE DRO San Diego, CA | Fraud and Misuse of Visas | Unknown |

Narrative:  The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Yuma Border Patrol agents near Blythe, California.

The Defendant was questioned as to his citizenship and immigration status. From that questioning agents determined that the Defendant is an undocumented national of Mexico and illegally in the United States.

The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant last entered the United States illegally without inspection near San Ysidro, California on May 20, 2008.

Charges:  8 USC§1326    (Felony)
         8 USC§1325    (Misdemeanor)

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

May 23, 2008
_____
Date

_____
Signature of Judicial Officer